AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

AARON NEWMON,

      Petitioner,    JUDGMENT IN A CIVIL CASE

  v.

        CASE NUMBER:  **3:13-cv-00383-MMD-WGC**

E.K. McDANIEL, et al.,

      Respondent(s).

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that petitioner's amended petition for writ of habeas corpus (ECF No. 7) is denied.
    **IT IS FURTHER ORDERED** that a certificate of appealability is denied.

July 19, 2016                                                                      **LANCE S. WILSON**
                                                                                                                        Clerk

                                                                                                                         /s/ K. Rusin
                                                                                                                         Deputy Clerk